Marian F. Harrison
US Bankruptcy Judge

Dated: 12/01/09

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| NANCY CAROL FULLER, ) | Bk. No. **04-09236-MH1-13** |
| 1060 Morgan Street ) | Chapter 13 |
| Pulaski, TN 38478 ) | Judge Harrison |
| ) | |
| SSN: XXX-XX-9648 ) | |
| ) | |
| Debtor(s). ) | |

### ORDER DISALLOWING CLAIM OF MAURY REGIONAL
### AMBULATORY CARE AND HOLDING CLAIM "NOT PROVIDED FOR"

It appearing to the Court, based upon the certification of the Trustee as indicated by his electronic signature below, that the Trustee has filed an Application to Disallow the Claim of Maury Regional Ambulatory Care and hold claim as "not provided for" by the debtor's plan and that, pursuant to Rule 9013-1 of the Local Rules of the Bankruptcy Court for the Middle District of Tennessee has forwarded a copy of that application along with notice and an opportunity to be heard to the debtor(s), debtor's counsel, the creditor, and the Assistant U. S. Trustee and that no affected party in interest has objected to or requested a hearing on the Trustee's application, it is

ORDERED, that the claim asserted on behalf of Maury Regional Ambulatory Care, filed with this Court on or about June 20, 2009 in the amount of $76.00 and designated as claim #20 on the Court's claims register, is disallowed in that the claim was filed after the completion of the case; it is further

ORDERED, said claim of Maury Regional Ambulatory Care is deemed "not provided for" by the debtor's confirmed Chapter 13 plan.

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE
TOP OF THE FIRST PAGE.

APPROVED BY:

/s/ Henry E. Hildebrand, III
_____
Henry E. Hildebrand, III
Chapter 13 Trustee
P. O. Box 190664
Nashville, TN  37219-0664
615-244-1101; Fax 615-242-3241
www.ch13nsh.com
pleadings@ch13nsh.com

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.